# EARNINGS STATEMENT

**ADP**

CMG BROOKFIELD LLC
316 SOUTH AVENUE
FANWOOD, NJ 07023

Period Ending: 06/23/2018
Pay Date: 06/29/2018

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   PA: N/A

KEVIN D. SMITH
3178 LEISURE LANDS R
EAST STROUDSBURG, PA 18302

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2256.10 | 64.00 | 2,256.10 | |
| Vacation | | 16.00 | | |
| **Gross Pay** | | | **$2,256.10** | 30,229.30 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ermtch | 22.56 | 302.28 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -201.09 | 2,859.67 |
| | Social Security Tax | -125.00 | 1,680.78 |
| | Medicare Tax | -29.23 | 393.08 |
| | PA State Income Tax | -61.89 | 832.20 |
| | Middle Smith Income Tax | -20.16 | 271.08 |
| | NJ SUI/SDI Tax | -15.90 | 213.12 |
| **Other** | | | |
| | Loan3 | -97.61 | 1,268.93 |
| | Pre-Tax Dental | -25.00* | 325.00 |
| | Pre-Tax Medical | -215.00* | 2,795.00 |
| | 401K | -90.24* | 1,209.12 |
| **Net Pay** | | **$1,374.98** | |
| | Checking | -1,124.98 | |
| | Checking | -250.00 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,925.86

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CMG BROOKFIELD LLC
316 SOUTH AVENUE
FANWOOD, NJ 07023

Advice number: 00000260018
Pay date: 06/29/2018

Deposited to the account of
KEVIN D. SMITH

| account number | transit ABA | amount |
|---|---|---|
| ███ | XXXX XXXX | $1,124.98 |
| | XXXX XXXX | $250.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CMG BROOKFIELD LLC
316 SOUTH AVENUE
FANWOOD, NJ 07023

Period Ending: 07/07/2018
Pay Date: 07/13/2018

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   PA: N/A

KEVIN D. SMITH
3178 LEISURE LANDS R
EAST STROUDSBURG, PA 18302

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2256.10 | 40.00 | 2,256.10 | |
| Bonus | | | 500.00 | |
| Holiday | | 8.00 | | |
| Sick | | 8.00 | | |
| Vacation | | 24.00 | | |
| **Gross Pay** | | | **$2,756.10** | 32,985.40 |

Your federal taxable wages this period are $2,405.86

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Ermtch | 27.56 | 329.84 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -306.69 | 3,166.36 |
| Social Security Tax | -155.99 | 1,836.77 |
| Medicare Tax | -36.49 | 429.57 |
| PA State Income Tax | -77.24 | 909.44 |
| Middle Smith Income Tax | -25.16 | 296.24 |
| NJ SUI/SDI Tax | -19.43 | 232.55 |

| Other | | |
|---|---|---|
| Loan3 | -97.61 | 1,366.54 |
| Pre-Tax Dental | -25.00* | 350.00 |
| Pre-Tax Medical | -215.00* | 3,010.00 |
| 401K | -110.24* | 1,319.36 |

| | | |
|---|---|---|
| **Net Pay** | **$1,687.25** | |
| Checking | -1,437.25 | |
| Checking | -250.00 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

---

CMG BROOKFIELD LLC
316 SOUTH AVENUE
FANWOOD, NJ 07023

Advice number: 00000280018
Pay date: 07/13/2018

Deposited to the account of
**KEVIN D. SMITH**

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXX XXXX | | $1,437.25 |
| | XXXX XXXX | | $250.00 |

VOID VOID VOID VOID
THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| 23C | | 00300 | | 0000320017 | 1 |

# Earnings Statement

**ADP®**

CMG BROOKFIELD LLC
316 SOUTH AVENUE
FANWOOD, NJ 07023

Period Ending: 08/04/2018
Pay Date: 08/10/2018

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   PA: N/A

KEVIN D. SMITH
3178 LEISURE LANDS R
EAST STROUDSBURG, PA 18302

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2256.10 | 80.00 | 2,256.10 | |
| **Gross Pay** | | | **$2,256.10** | 37,497.60 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ermtch | 22.56 | 374.96 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -201.09 | 3,568.54 |
| Social Security Tax | | -125.00 | 2,086.77 |
| Medicare Tax | | -29.24 | 488.04 |
| PA State Income Tax | | -61.89 | 1,033.22 |
| Middle Smith Income Tax | | -20.16 | 336.56 |
| NJ SUI/SDI Tax | | | 237.58 |
| **Other** | | | |
| Loan3 | | -97.61 | 1,561.76 |
| Pre-Tax Dental | | -25.00* | 400.00 |
| Pre-Tax Medical | | -215.00* | 3,440.00 |
| 401K | | -90.24* | 1,499.84 |
| **Net Pay** | | **$1,390.87** | |
| Checking | | -1,140.87 | |
| Checking | | -250.00 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,925.86

© 2000 ADP, LLC

CMG BROOKFIELD LLC
316 SOUTH AVENUE
FANWOOD, NJ 07023

Advice number: 00000320017
Pay date: 08/10/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KEVIN D. SMITH | | XXXX XXXX | $1,140.87 |
| | | XXXX XXXX | $250.00 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

```
000887
CO    FILE    DEPT    CLOCK   VCHR NO.   020
23C   0  000300       0000340017   1
```

# EARNINGS STATEMENT

**ADP**

CMG BROOKFIELD LLC
316 SOUTH AVENUE
FANWOOD, NJ 07023

Period Ending:    08/18/2018
Pay Date:         08/24/2018

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:    1
    PA:         N/A

KEVIN D. SMITH
3178 LEISURE LANDS R
EAST STROUDSBURG, PA 18302

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2256.10 | 80.00 | 2,256.10 | |
| **Gross Pay** | | | **$2,256.10** | 39,753.70 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ermtch | 22.56 | 397.52 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -201.09 | 3,769.63 |
| | Social Security Tax | -125.00 | 2,211.77 |
| | Medicare Tax | -29.23 | 517.27 |
| | PA State Income Tax | -61.89 | 1,095.11 |
| | Middle Smith Income Tax | -20.16 | 356.72 |
| | NJ SUI/SDI Tax | | 237.58 |
| | **Other** | | |
| | Loan3 | -97.61 | 1,659.37 |
| | Pre-Tax Dental | -25.00* | 425.00 |
| | Pre-Tax Medical | -215.00* | 3,655.00 |
| | 401K | -90.24* | 1,590.08 |
| | **Net Pay** | **$1,390.88** | |
| | Checking | -1,140.88 | |
| | Checking | -250.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,925.86

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CMG BROOKFIELD LLC
316 SOUTH AVENUE
FANWOOD, NJ 07023

Advice number:    00000340017
Pay date:         08/24/2018

Deposited to the account of
KEVIN D. SMITH

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXX XXXX | $1,140.88 |
| | XXXX XXXX | $250.00 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK
VOID VOID VOID VOID VOID