IN THE UNITED STAES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :        CASE NO: 5-18-bk-03767-JJT
KEVIN D. SMITH,                     :
                                    :
                                    :
        DEBTOR(S)                   :        CHAPTER 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO
EMPLOY ATTORNEY AS GENERAL COUNSEL**

Upon consideration of the application of John J. Martin, Trustee in the above matter, requesting authority to employ the Law Offices of John J. Martin as general counsel to Trustee, and it appearing that the United States Trustee has no objection to the appointment and the representation appears to be in the best interest of the estate, it is

**ORDERED**, that John J. Martin, Trustee in the above matter, by and hereby is authorized to employ the Law Offices of John J. Martin as general counsel upon the terms and conditions as set forth in the Application.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

Dated:  November 28, 2018          By the Court,

                                   _____
                                   John J. Thomas, Bankruptcy Judge (RPR)